### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYANT WALKER, on his own behalf and on behalf of other similarly situated persons,<br><br>   Plaintiff,<br><br>   v.<br><br>CENLAR, FSB,<br><br>   Defendant. | :<br>:<br>:<br>: Case No. _____<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Cenlar, FSB ("Cenlar") hereby removes the above-captioned action to this Court from the Court of Common Pleas for Delaware County, Pennsylvania. As grounds for the removal of this case, Defendants state as follows:

### BACKGROUND

1. On October 26, 2021, Plaintiff Bryant Walker ("Plaintiff") filed the subject complaint (the "Complaint") in the Court of Common Pleas of Delaware County, Pennsylvania, which was captioned *Bryant Walker, v. Cenlar, FSB*, No. CV-2021-008861 (the "State Court Action").

2. On November 8, 2021, Plaintiff served Cenlar with a copy of the Complaint.

3. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of all process, pleadings, and orders from the State Court Action, including Plaintiff's Complaint, are attached as Exhibit A.

4. A copy of the docket from the State Court Action is attached as Exhibit B.

### THIS COURT HAS FEDERAL QUESTION JURISDICTION

5. This Court has original jurisdiction over this case because Plaintiff alleges violations of a claim or right arising under the laws of the United States. *See* 28 U.S.C. § 1331

("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

6. In particular, Plaintiff's Complaint alleges Cenlar violated various provisions of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* (Compl. ¶¶ 49-64).

7. Specifically, Plaintiffs allege that Cenlar violated sections 1692d and 1692e of the FDCPA and that Plaintiffs suffered damages as a result. (*Id.*)

8. Therefore, this Court has original jurisdiction under 28 U.S.C. § 1331, and the case is subject to removal pursuant to 28 U.S.C. § 1441, because Plaintiff's claims arise under the laws of the United States

## ALL OTHER REMOVAL REQUIREMENTS ARE SATISFIED

### Venue is Proper

9. This Court is the proper venue for removal under 28 U.S.C. § 1446(a) because the Complaint was filed in the Court of Common Pleas for Delaware County, Pennsylvania, which lies within the judicial district of the Eastern District of Pennsylvania.

### Removal is Timely

10. Removal of this action is timely. Cenlar first received notice of the filing of the Complaint on November 8, 2021, when it was served with process, and Cenlar is filing this Notice of Removal within thirty (30) of said date. *See* 28 U.S.C. § 1446(b).

### All Process, Pleadings, and Orders are Attached

11. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A are copies of the Complaint and return of service, which represent the only "process, pleadings or orders" obtained by Cenlar in this action. A copy of the State Court Docket Report is attached as Exhibit B. Pursuant to L.R.

5.1.2, Cenlar is also providing the Clerk with a disc containing a PDF image file of this Notice of Removal and all attachments.

### Notice of Filing

12. Pursuant to 28 U.S.C. § 1446(d), Cenlar is serving written notice of this Notice of Removal on Plaintiffs and is filing notice of the filing with the Prothonotary for the Delaware County Court of Common Pleas. A true and correct copy of the Notice of Filing of Notice of Removal is attached as Exhibit C.

13. In filing this Notice of Removal, Cenlar makes no admission of fact, law, or liability, and expressly reserves its right to raise any and all defenses, objections, and exceptions to which it may be entitled, including, without limitation, those relating to improper or insufficient service of process, jurisdiction over the person, venue, Plaintiffs' failure to state a claim upon which relief can be granted, and statutes of limitation.

14. Based upon the foregoing, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, and this action is properly removed to this Court.

15. of the Court of Common Pleas of Delaware County, Pennsylvania. (A true and correct copy of the Notice of Filing of Notice of Removal is attached as Exhibit C.

**WHEREFORE**, Defendant, Cenlar, FSB, hereby removes the State Court Action to the United States District Court for the Eastern District of Pennsylvania.

[Signature Page Follows]

Respectfully submitted,

<u>*/s/Joe N. Nguyen*</u>
Joe N. Nguyen (PA Atty No. 93638)
Spencer R. Short (PA Atty No. 322037)
Daniel C. Fanaselle (PA Atty No. 312292)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19103
T: (215) 564-8000
F: (215) 564-8120
jnguyen@stradley.com
sshort@stradley.com
dfanaselle@stradley.com

*Attorneys for Defendant, Cenlar, FSB*

Dated:  December 8, 2021