# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYANT WALKER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 21-5381 |
| | : | |
| **CENLAR, FSB,** *et al.* | : | |
| *Defendants* | : | |
| | : | |

# ORDER

**AND NOW**, this 9th day of August 2022, upon consideration of Defendant Cenlar FSB's *motion to dismiss*, [ECF 17], Plaintiff's response in opposition, [ECF 22], Defendant's reply, [ECF 25], and the allegations in the amended complaint, [ECF 13], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*