IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYANT WALKER,** *on his own behalf and on behalf of other similarly situated persons* | : : : | **CIVIL ACTION** |
| *Plaintiff* | : : | **NO. 21-5381** |
| **v.** | : : | |
| **CMG MORTGAGE, INC.,** *et al.* *Defendants* | : : : | |

# ORDER

**AND NOW**, this 21ˢᵗ day of November 2023, upon consideration of Defendant Cenlar FSB's ("Cenlar") *motion for summary judgment*, [ECF 60], Plaintiff's response in opposition thereto, [ECF 73], and Cenlar's reply, [75], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Cenlar's motion for summary judgment is **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of Cenlar, and against Plaintiff.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*